IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 09-00353-CV-W-DGK |
| ) | |
| UNITED STATES CURRENCY IN THE ) | |
| AMOUNT OF $85,760.00, ) | |
| ) | |
| UNITED STATES CURRENCY IN THE ) | |
| AMOUNT OF $110,200.00, ) | |
| ) | |
| UNITED STATES CURRENCY IN THE ) | |
| AMOUNT OF $5,689.30, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS CIVIL FORFEITURE ACTION
## WITH SUPPORTING SUGGESTIONS

The United States of America moves the Court for entry of an order dismissing this civil forfeiture action. A proposed order is attached.

## SUPPORTING SUGGESTIONS

On May 11, 2009, the United States filed a civil forfeiture complaint against the defendant properties pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C . § 981(a)(1)(A).

On June 4, 2009, Saul Iniguez, Daniela Iniguez, and Felix Iniguez filed claims for the defendant properties and a joint answer to the Complaint.

The United States believes that the Complaint and the accompanying declaration state sufficiently detailed facts to support a reasonable belief that the Government will be able to meet its burden of proof at trial in this case. However, after further reviewing all of the facts and circumstances in this case, the

United States has elected not to go forward with this civil forfeiture matter at this time. Consequently, the United States asks the Court to enter an Order dismissing the case without prejudice.

                        Respectfully submitted,

                        Matt J. Whitworth
                        United States Attorney

By    */s/ James Curt Bohling*

                        James Curt Bohling, #54574
                        Assistant United States Attorney
                        Charles Evans Whittaker Courthouse
                        400 E. 9th Street, Room 5510
                        Kansas City, Missouri 64106
                        Telephone: (816) 426-7173
                        E-mail: Curt.Bohling@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that on   December 9  , 2009, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system.

                        */s/ James Curt Bohling*
                        James Curt Bohling
                        Assistant United States Attorney